UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALLER,<br><br>          Petitioner,<br><br>     v.<br><br>SACRAMENTO SUPERIOR COURT,<br><br>          Respondent. | Case No. 26-cv-04822-RFL (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner Brian Aller challenges a criminal conviction he received in the Sacramento Superior Court, which lies in the Eastern District of California.  Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction.  28 U.S.C. §§ 84(b), 1404(a), 2241(d).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  May 22, 2026

RITA F. LIN
United States District Judge